UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X
JANSSEN PHARMACEUTICA N.V.,

                Plaintiff,    ORDER

      - against -          CV 01-2322 (NG) (MDG)

EON LABS MANUFACTURING, INC.,

                Defendant.
- - - - - - - - - - - - - - - - - - X

GO, United States Magistrate Judge:

    Janssen's application for a further extension of the 30 month stay under 21 U.S.C. § 355(j)(5)(B)(iii) is granted as follows. The interim stay is further extended to January 27, 2004. However, as noted on the record, notwithstanding the Court's finding that defendant has delayed adjudication of this action, the Court will not grant a further extension of the stay based solely on such conduct unless the Court finds, after a preliminary review of the motion submissions to be filed, that plaintiff's remaining claim of infringement may be of substance.

    SO ORDERED.

    Dated:    Brooklyn, New York
                December 2, 2003

                                       MARILYN
                                       UNITED