UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JANSSEN PHARMACEUTICAL N.V.,

               Plaintiff,

 - against -

EON LABS MANUFACTURING, INC.,
               Defendant.
-----------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JAN 29 2004 ★
BROOKLYN OFFICE

**ORDER**

01-CV-2322 (NG)

**GERSHON, United States District Judge:**

The court has received the report and recommendation of Magistrate Judge Marilyn D. Go dated November 21, 2003 on the above referenced case. The court has also received the objections of both parties to the report and recommendation and the responses by both parties to those objections. The applications to make further submissions are denied.

**SO ORDERED.**

Dated:    Brooklyn, New York
            January 22, 2004